| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:07CR00583-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. |
| | | /0-120 RET CN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Texas | |
| Donald Ray Young<br>18733 Samuel Road, Lot #12<br>Zachary, LA 70791 | NAME OF SENTENCING JUDGE | |
| | Honorable Janis Graham Jack | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>December 28, 2009 | TO<br>December 27, 2012 |

| OFFENSE |
|---|
| Transportation of an Undocumented Alien<br>8 U.S.C. 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Texas_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Middle District of Louisiana_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    June 4, 2010               *Janis Graham Jack*

    _____Date_____           _____United States District Judge_____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Louisiana_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    8/11/10               [signature]

    _____Effective Date_____           _____United States District Judge_____

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00583-1

Case title: USA v. Young  
Magistrate judge case number: 2:07-mj-00581

Date Filed: 10/24/2007  
Date Terminated: 02/14/2008

Assigned to: Judge Janis Graham Jack

**Defendant (1)**

**Donald Ray Young**  
*$30,000 Appearance Bond w/ $2,000 Deposit*  
*TERMINATED: 02/14/2008*

represented by **Joel Hughes Thomas**  
Attorney at Law  
408 W Market St  
Sinton, TX 78387  
361-364-5525  
Fax: 361-364-5625  
Email: jhtlaw1@sbcglobal.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**  
BRINGING IN AND HARBORING ALIENS  
(1)

**Disposition**  
24 months BOP, 3 years SRT, $0 fine, $100 special assessment, nighttime restriction 11 pm - 6 am

**Highest Offense Level (Opening)**  
Felony

**Terminated Counts**  
BRINGING IN AND HARBORING ALIENS  
(2)

**Disposition**

Dismissed on Govts Motion

**Highest Offense Level (Terminated)**  
Felony

**Complaints**  
8:1324.F - Bringing in and harboring aliens

**Disposition**

**Plaintiff**

**USA**                                    represented by   **Elsa Salinas**
Office of the U S Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: elsa.salinas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth A Cusick**
Office of U S Attorney
800 N Shoreline Blvd
Corpus Christi, TX 78401
361-903-7921
Fax: 361-888-3200
Email: kenneth.cusick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - CC**
1133 North Shoreline, Room 109
Corpus Christi, TX 78401
361-888-3154
Fax: 361-888-3174
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email: txsptdb_corduty@txspt.uscourts.gov

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124
Corpus Christi, TX 78401
361-888-3145
Fax: 361-888-3518
Email: TXSPdb_CorDuty@txsp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2007 |  | Arrest of Donald Ray Young, filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/07/2007 |  | Arrest of Material Witness Mario Medina-Mayo and Pablo Galvan-Terrazas in case as to Donald Ray Young, filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/07/2007 |  | Arrest of Material Witness Oscar Bermudez-Perez in case as to Donald Ray Young, filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/08/2007 | 1 | COMPLAINT as to Donald Ray Young, filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | 2 | Affidavit for Material Witness(es) Mario Medina-Mayo, Pablo Galvan-Terrazas, Oscar Bermudez-Perez as to Donald Ray Young, filed.(vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | 3 | Minute Entry for proceedings held before Judge Brian L Owsley : INITIAL APPEARANCE as to Donald Ray Young, (Deft informed of rights) held on 10/9/2007. Defendant requests appointed counsel. Financial Affidavit executed. Order of Temporary Detention Pending Hearing.. Preliminary Examination & Detention Hearing set for 10/11/2007 at 10:00 AM before Magistrate Judge Brian L Owsley... Status Conference set for 10/19/2007 at 11:00 AM before Magistrate Judge Brian L Owsley Appearances:Carol Wheeler.(Digital # 2:43:37-2:53:33)(ERO:Gracie Lerma) Deft remanded to custody, filed.(vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | 4 | Financial Affidavit - CJA 23 by Donald Ray Young (See General Order 2004-11), filed. (vrios, )[2:07-mj-00581] Additional attachment(s) added on 11/15/2007 (amireles, ). Directed to Unseal per JGJ. (Entered: 10/10/2007) |
| 10/09/2007 | 5 | Minute Entry for proceedings held before Judge Brian L Owsley : INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Mario Medina-Mayo and Pablo Galvan-Terrazas as to Donald Ray Young, (Material Witness(es) informed of rights) held on 10/9/2007.... Status Conference set for 10/19/2007 at 11:00 AM before Magistrate Judge Brian L Owsley Appearances:Carol Wheeler.(Digital # 3:02:39-3:12:06)(ERO:Gracie Lerma) (Interpreter:Will Moffett) Deft remanded to custody, filed.(vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 |  | Interpreter needed. Corpus Christi Interpreter for Mario Medina-Mayo and Pablo Galvan-Terrazas added. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |

| | | |
|---|---|---|
| 10/09/2007 | 6 | Financial Affidavit - CJA 23 by Material Witness Mario Medina-Mayo as to Donald Ray Young (See General Order 2004-11), filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | 7 | Financial Affidavit - CJA 23 by Material Witness Pablo Galvan-Terrazas as to Donald Ray Young (See General Order 2004-11), filed. (vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | 8 | Minute Entry for proceedings held before Judge Brian L Owsley : INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Oscar Bermudez-Perez as to Donald Ray Young, (Material Witness(es) informed of rights) held on 10/9/2007 Appearances:Carol Wheeler.(Digital # 2:53:47-3:02:28)(ERO:Gracie Lerma) (Interpreter:Will Mofett), filed.(vrios, ) [2:07-mj-00581] (Entered: 10/10/2007) |
| 10/09/2007 | | Attorney update in case as to Donald Ray Young. Attorney Joel Hughes Thomas for Donald Ray Young added. (vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/09/2007 | 9 | Minute Entry: Joel Thomas appointed as attorney as to Donald Ray Young, filed.(vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/09/2007 | | Attorney update in case as to Donald Ray Young. Attorney Jeanette Cantu-Bazar for Mario Medina-Mayo and Pablo Galvan-Terrazas added. (vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/09/2007 | 10 | Minute Entry: Jeanette Cantu-Bazar appointed as attorney for Mario Medina-Mayo and Pablo Galvan-Terrazas as to Donald Ray Young, filed.(vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/09/2007 | | Interpreter needed. Corpus Christi Interpreter for Oscar Bermudez-Perez added. (vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/09/2007 | 11 | ORDER OF TEMPORARY DETENTION AND HEARING as to Donald Ray Young ( Signed by Judge Brian L Owsley ) Parties notified. (vrios, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/10/2007 | 12 | MOTION to Dismiss Material Witness Affidavit as to Oscar Bermudez-Perez by USA as to Donald Ray Young, filed. (kwallace, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/10/2007 | 13 | ORDER granting 12 MOTION to Dismiss Material Witness Affidavit as to Oscar Bermudez-Perez as to Donald Ray Young. ( Signed by Judge Brian L Owsley ) Parties notified. (kwallace, ) [2:07-mj-00581] (Entered: 10/11/2007) |
| 10/11/2007 | | Minute Entry for proceedings held before Judge Brian L Owsley : PRELIMINARY EXAMINATION & DETENTION HEARING as to Donald Ray Young held on 10/11/2007. Preliminary exam waived in open court. Government withdraws motion for detention and Court sets bond as follows: $30,000-$2,000 cash deposit with wife as 3rd party custodian/co-surety with conditions. Appearances:Carol Wheeler. Joel Hughes Thomas.(Digital # 10:30:13-10:37:25)(ERO:kbledsoe) Deft remanded to custody, filed. (kbledsoe, ) [2:07-mj-00581] (Entered: 10/12/2007) |
| 10/11/2007 | 15 | Appearance Bond Bond Entered as to Donald Ray Young in amount of $ 30,000 w/ $2,000 Deposit, filed. (Attachments: # 1 Unredacted Bond)(kwallace, ) [2:07-mj-00581] (Entered: 10/16/2007) |

| 10/12/2007 | 14 | NOTICE OF RESETTING as to Donald Ray Young..... Status Conference set for 10/26/2007 at 11:00 AM before Magistrate Judge Brian L Owsley, filed. (kbledsoe, ) [2:07-mj-00581] (Entered: 10/12/2007) |
| --- | --- | --- |
| 10/17/2007 | 16 | CJA 20 as to Donald Ray Young: Appointment of Attorney Joel Hughes Thomas for Donald Ray Young Parties notified. (amireles, ) [2:07-mj-00581] (Entered: 10/17/2007) |
| 10/17/2007 | 17 | CJA 20 for Material Witness : Appointment of Attorney Jeanette Cantu-Bazar for Mario Medina-Mayo and Pablo Galvan-Terrazas, Jeanette Cantu-Bazar for as to Donald Ray Young Parties notified. (amireles, ) [2:07-mj-00581] (Entered: 10/17/2007) |
| 10/22/2007 | 18 | Opposed MOTION to Take Deposition of Material Witnesses by Mario Medina-Mayo, Pablo Galvan-Terrazas as to Donald Ray Young, filed. (Attachments: # 1 Proposed Order)(Cantu-Bazar, Jeanette) [2:07-mj-00581] (Entered: 10/22/2007) |
| 10/24/2007 | 19 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Donald Ray Young (1) count(s) 1-2, filed. (Attachments: # 1 Unredacted Indictment) (srussell, ) (Entered: 10/25/2007) |
| 10/24/2007 | 20 | US Attys Criminal Docket Sheet as to Donald Ray Young, filed.(srussell, ) (Entered: 10/25/2007) |
| 10/24/2007 | 21 | NOTICE of Related Case C-07-580M by USA as to Donald Ray Young, filed.(srussell, ) (Entered: 10/25/2007) |
| 10/26/2007 |  | Minute Entry for proceedings held before Judge Brian L Owsley : ARRAIGNMENT as to Donald Ray Young (1) Count 1-2 held on 10/26/2007. Not Guilty on 1,2. STATUS CONFERENCE as to Donald Ray Young held on 10/26/2007. Parties agree to set depositions set for 11/2/07 10:00 a.m. Appearances:Jeanette Cantu Bazar. Kenneth A Cusick, Joel Hughes Thomas.(Digital # 10:58:50-11:03:19)(ERO:glerma) Deft continued on bond, filed.(kbledsoe, ) (Entered: 10/28/2007) |
| 10/26/2007 | 22 | PRETRIAL ORDER AND ELLIS ORDER as to Donald Ray Young. Pretrial Conference set for 11/29/2007 at 08:30 AM before Judge Janis Graham Jack Jury Selection set for 12/10/2007 at 08:00AM before Judge Janis Graham Jack Jury Trial set for 12/10/2007 at 08:00 AM before Judge Janis Graham Jack Plea Agreement due by 11/29/2007.( Signed by Judge Brian L Owsley ) Parties notified. (grogan, ) (Entered: 10/29/2007) |
| 10/26/2007 | 23 | ORDER granting 18 Motion to Take Deposition of Mario Medina-Mayo & Pablo Galvan-Terrazas as to Donald Ray Young (1).(Signed by Judge Brian L Owsley.) Parties notified.(grogan, ) (Entered: 10/29/2007) |
| 10/26/2007 |  | Set/Reset Deadlines/Hearings as to Donald Ray Young: Donald Ray Young Material Witness Hearing (Depositions) set for 11/2/2007 at 10:00 AM before Magistrate Judge Brian L Owsley. (grogan, ) (Entered: 10/29/2007) |
| 11/29/2007 | 24 | Minute Entry for proceedings held before Judge Janis Graham Jack : RE-ARRAIGNMENT held on 11/29/2007. Donald Ray Young (1) Guilty Count 1. (Attachments: # 1 court's exhibit) Appearances:Elsa Salinas-Patterson. Joel Hughes Thomas.(Digital # 8:45-8:46; 3:20-3:59)(ERO:Velma Gano) Deft remanded to custody, filed.(lrivera, ) (Entered: 11/30/2007) |
| 11/29/2007 | 25 | PLEA AGREEMENT as to Donald Ray Young, filed. (gjones, ) (Entered: 11/30/2007) |

| | | |
|---|---|---|
| 11/29/2007 | 26 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Donald Ray Young. PSI Completion due by 1/3/2008 Objection to PSI due by 1/18/2008 Final PSI due by 1/28/2008 Sentencing set for 2/8/2008 at 01:15 PM before Judge Janis Graham Jack( Signed by Judge Janis Graham Jack ) Parties notified. (gjones, ) (Entered: 11/30/2007) |
| 11/30/2007 | 27 | Unopposed MOTION to Release Material Witnesses by USA as to Donald Ray Young, filed. (Attachments: # 1 Proposed Order)(Patterson, Elsa) (Entered: 11/30/2007) |
| 11/30/2007 | 28 | ORDER granting 27 Motion to to Release Material Witnesses: Mario Medina-Mayo and Pablo Galvan-Terrazas as to Donald Ray Young (1).(Signed by Judge Janis Graham Jack.) Parties notified.(vrios, ) (Entered: 11/30/2007) |
| 01/30/2008 | 29 | Final Presentence Investigation Report (Sealed) as to Donald Ray Young, filed. (rmonroy, ) (Entered: 01/30/2008) |
| 01/30/2008 | 30 | Confidential Sentencing Recommendation(Sealed) regarding Donald Ray Young, filed. (rmonroy, ) (Entered: 01/30/2008) |
| 01/30/2008 | 31 | Sealed Addendum to 29 Final Presentence Investigation Report (Sealed) as to Donald Ray Young, filed. (rmonroy, ) (Entered: 01/30/2008) |
| 02/08/2008 | 32 | Minute Entry for proceedings held before Judge Janis Graham Jack : Sentencing held on 2/8/2008 for Donald Ray Young (1), Count(s) 1, 24 months BOP, 3 years SRT, $0 fine, $100 special assessment, nighttime restriction 11 pm - 6 am; Count(s) 2, Dismissed on Govts Motion. Appearances: Elsa Salinas Patterson, Joel Hughes Thomas.(Digital # 1:25-1:42)(ERO:v gano) Deft continued on bond, filed.(sscotch, ) (Entered: 02/11/2008) |
| 02/14/2008 | 33 | JUDGMENT as to Donald Ray Young ( Signed by Judge Janis Graham Jack ) Parties notified. (kwallace, ) (Entered: 02/14/2008) |
| 02/14/2008 | 34 | Statement of Reasons (Sealed) as to Donald Ray Young, filed. (Entered: 02/14/2008) |
| 03/19/2008 | 35 | ORDER TO SURRENDER on 04/07/08 at 2:00 p.m. to FPC - USP Pollock as to Donald Ray Young ( Signed by Judge Janis Graham Jack ) (Attachments: # 1 Unredacted) Parties notified - to deft Young by reg. first class mail and cm/rrr (7003 3110 0002 0872 8464); and two cc's to USM. (lcayce, ) (Entered: 03/20/2008) |
| 03/28/2008 | 36 | Certified Mail Receipt Returned as to Donald Ray Young, executed on 3/25/08, filed. Order to Surrender received. (lsmith, ) (Entered: 03/28/2008) |
| 04/11/2008 | 37 | USMS notice of surrender as of 4/7/08 as to Donald Ray Young, filed.(gchavez, ) (Entered: 04/11/2008) |
| 04/15/2008 | 38 | ORDER to Disburse Bond in the amount of $2,000.00 as to Donald Ray Young ( Signed by Judge Janis Graham Jack ) Parties notified. (2 certified copies to financial clerk) (lcayce, ) (Entered: 04/15/2008) |
| 09/27/2010 | 39 | Supervised Release Jurisdiction Transferred to Middle District of Lousiana as to Donald Ray Young., filed.(vrios, ) (Additional attachment(s) added on 9/27/2010: # 1 Unredacted Transfer of Jurisdiction) (vrios, ). (Entered: 09/27/2010) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 11/01/2010 15:45:01 | | | |
| **PACER Login:** | us4893 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cr-00583 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 24 2007

MICHAEL N. MILBY, CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER C-07-583 |
| | § | |
| DONALD RAY YOUNG | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 7, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DONALD RAY YOUNG,**

did knowingly and in reckless disregard of the fact that Mario Medina-Mayo was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

### COUNT TWO

On or about October 7, 2007, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DONALD RAY YOUNG,**

did knowingly and in reckless disregard of the fact that Pablo Galvan-Terrazas was an alien who

had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

A TRUE BILL:

███████████

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney

2

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **DONALD RAY YOUNG** | |

CASE NUMBER: **2:07CR00583-001**
USM NUMBER: 76434-179

☐ See Additional Aliases.

Joel Hughes Thomas
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    1 on November 29, 2007
☐ pleaded nolo contendere to count(s)
   which was accepted by the court.
☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) | Transportation of an Undocumented Alien | 10/07/2007 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☒ Count(s)   2                            ☒ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 8, 2008
Date of Imposition of Judgment

*Janis Graham Jack*
Signature of Judge

**JANIS GRAHAM JACK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

February 14, 2008
Date

MJ | CAV/rm

Judgment -- Page 2 of 6

DEFENDANT: DONALD RAY YOUNG
CASE NUMBER: 2:07CR00583-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____24 months.____

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility near Baton Rouge, Louisiana, as long as the security needs of the Bureau of Prisons are met.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DONALD RAY YOUNG
CASE NUMBER: 2:07CR00583-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 year(s).

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:  DONALD RAY YOUNG
CASE NUMBER:  2:07CR00583-001

## SPECIAL CONDITIONS OF SUPERVISION

**NIGHTTIME RESTRICTION:** Throughout the period of supervised release, the defendant shall be restricted to his home each night from 11 pm to 6 am, unless other specific arrangements are made with the probation officer.

**TRUCK DRIVING CONDITION:** While on supervised release and engaged in truck driving either as the driver or a passenger, the defendant shall, upon arriving at a checkpoint, border crossing, weigh station, or upon being stopped for an environmental or safety inspection, or traffic violation, or upon any road side contact, declare to the officer that the defendant is on supervision for an alien smuggling related offense. Upon request, the defendant shall consent to a search of the tractor, trailer, its contents and his person.

*[Signature]*  1-27-2010

Donald Ray Young  1-27-2010

AO 245B  (Rev. 08/05) Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: **DONALD RAY YOUNG**
CASE NUMBER: **2:07CR00583-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine    ☐ restitution.

  ☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
         Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: **DONALD RAY YOUNG**
CASE NUMBER: **2:07CR00583-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐   Lump sum payment of $ _____ due immediately, balance due
        ☐ not later than _____, or
        ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐   Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D  ☐   Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E  ☐   Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒   Special instructions regarding the payment of criminal monetary penalties:
        Make all payments payable to: U.S. District Clerk, 1133 N Shoreline Blvd Ste 208, Corpus Christi, TX 78401.
        The special assessment shall be paid during the term of supervised release at a rate of $10.00 per month, beginning 30 days after placement on supervised release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                    **Joint and Several**       **Corresponding Payee,**
**(including defendant number)**             **Total Amount**     **Amount**           **if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.